In re GEO. HICKS.

Nos. A-1904 and A-1903.

Application of George Hicks, Jr., for a writ of habeas corpus. denied.

Kyle & McCombs, and J. H. Stolper, public defender, for the petitioner.

L. C. McNabb, for respondent.

PER CURIAM. This is an application to this court for writ of habeas corpus to release petitioner, George Hicks, Jr., from the custody of John E. Johnson, sheriff of Sequoyah county. It appears from the answer filed by the respondent that petitioner is held in custody to answer an information pending and undetermined in the district court of Sequoyah county for the crime of murder. The petitioner being held by virtue of an information pending in a court of competent jurisdiction, the writ will be denied.

---

In re DAN M'LEOD.

No. A-1905.

Application for writ of mandamus. Cause dismissed.

W. L. Coffey, for petitioner.

PER CURIAM. Application withdrawn. Cause dismissed.

---

In re ARTHUR MONTOUR.

No. A-1923.

Application of Arthur Montour for writ of habeas corpus, to be admitted to bail. Writ denied.

Shackelford & Norfleet, and Giddings & Giddings, for petitioner.

Chas. West., Atty. Gen., for the State.

PER CURIAM. Writ denied.

---

In re JIM ROGERS.

No. A-1953.

Petition of Jim Rogers for writ of habeas corpus, to be admitted to bail. Dismissed.

PER CURIAM, Petition withdrawn and the cause dismissed.